LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
CONNIE M. CHEUNG (215381)
BING Z. RYAN (228641)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
JeffreyL@Lerachlaw.com
ConnieC@Lerachlaw.com
BingR@Lerachlaw.com
      – and –
WILLIAM S. LERACH (68581)
BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com
BrianO@Lerachlaw.com

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN (*Pro Hac Vice*)
120 N. Robinson, Suite 2720
Oklahoma City, OK  73102
Telephone:  405/235-1560
405/239-2112 (fax)

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/15/06*

| | |
|---|---|
| In re THORATEC CORP. SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) ) ) ) |
| ALL ACTIONS. | ) |

Master File No. 5:04-cv-03168-RMW

CLASS ACTION

STIPULATION REGARDING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND ORDER THEREON

1    WHEREAS, on May 11, 2006, the Court filed an Order Granting Motion to Dismiss

2    Consolidated Complaint ("Order"), granting plaintiffs' leave to amend and file an amended

3    complaint within 30 days;

4    WHEREAS, the parties agree that plaintiffs may have several additional days to file and

5    serve any amended complaint;

6    THEREFORE, subject to approval of the Court, IT IS HEREBY STIPULATED THAT:

7    Plaintiffs shall file and serve any amended complaint, or shall notify defendants that no

8    amended complaint will be filed, on or before June 15, 2006.

9    IT IS SO STIPULATED.

10   DATED:  June 12, 2006                    LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
11                                            JEFFREY W. LAWRENCE
                                              CONNIE M. CHEUNG
12                                            BING Z. RYAN

13

14                                                        /s/
                                              JEFFREY W. LAWRENCE

15
                                              100 Pine Street, Suite 2600
16                                            San Francisco, CA  94111
                                              Telephone:  415/288-4545
17                                            415/288-4534 (fax)

18                                            LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
19                                            WILLIAM S. LERACH
                                              BRIAN O. O'MARA
20                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101
21                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)

22
                                              FEDERMAN & SHERWOOD
23                                            WILLIAM B. FEDERMAN (*Pro Hac Vice*)
                                              120 N. Robinson, Suite 2720
24                                            Oklahoma City, OK  73102
                                              Telephone:  405/235-1560
25                                            405/239-2112 (fax)

26                                            Co-Lead Counsel for Plaintiffs

27

28

STIPULATION REGARDING EXTENSION OF TIME TO FILE AMENDED
COMPLAINT AND  ORDER THEREON - 5:04-cv-03168-RMW                    - 1 -

1    DATED:  June 12, 2006                    GIBSON, DUNN & CRUTCHER LLP
                                              JONATHAN C. DICKEY
2                                             PAUL J. COLLINS

3

4                                             _____/s/_____
                                              PAUL J. COLLINS
5
                                              1881 Page Mill Road
6                                             Palo Alto, CA  94304
                                              Telephone:  650/849-5300
7                                             650/849-5009 (fax)

8                                             Attorneys for Defendants

9           I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this

10   Stipulation Regarding Extension of Time to File Amended Complaint and [Proposed] Order

11   Thereon.  In compliance with General Order No. 45, X.B., I hereby attest that Paul J. Collins has

12   concurred in this filing.

13

14                                            _____/s/_____
                                              JEFFREY W. LAWRENCE
15
                                    *         *         *
16
                                    **O R D E R**
17
           PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.
18

19   DATED:  ___6/15/06_____          /s/ Ronald M. Whyte
                                          _____
20                                        THE HONORABLE RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE

21   T:\CasesSF\Thoratec\STP00031750.doc

22

23

24

25

26

27

28

STIPULATION REGARDING EXTENSION OF TIME TO FILE AMENDED
COMPLAINT AND [] ORDER THEREON - 5:04-cv-03168-RMW                    - 2 -

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on June 12, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

8                             s/ Jeffrey W. Lawrence
                             JEFFREY W. LAWRENCE

9                             LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP

10                         100 Pine Street, Suite 2600
                         San Francisco, CA  94111

11                         Telephone:  415/288-4545
                         415/288-4534 (fax)

12                         E-mail:jeffreyl@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXTENSION OF TIME TO FILE AMENDED
COMPLAINT AND [ ORDER THEREON - 5:04-cv-03168-RMW         - 3 -

# Mailing Information for a Case 5:04-cv-03168-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter A. Binkow**
  pbinkow@glancylaw.com info@glancylaw.com

- **Connie M. Cheung**
  conniec@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoH@lerachlaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **William B. Federman**
  wfederman@aol.com law@federmanlaw.com;ngb@federmanlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Mel E. Lifshitz**
  lifshitz@bernlieb.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Bing Ryan**
  bingr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michael B. Smith**
  mbsmith@gibsondunn.com msawyier@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jack G. Fruchter**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY 10119

**Paul J. Geller**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway
Suite 200
Boca Raton, FL 33432

**Richard A. Maniskas**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

**Tamara Skvirsky**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**Jonathan M. Stein**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway
Suite 200
Boca Raton, FL 33432

**Marc A. Topaz**
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087