GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
PAUL J. COLLINS, SBN 187709
MICHAEL B. SMITH, SBN 235764
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants
THORATEC CORPORATION, D. KEITH
GROSSMAN AND M. WAYNE
BOYLSTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/12/06*

| | |
|---|---|
| In re THORATEC CORP. SECURITIES LITIGATION | Master File No. 5:04-CV-03168-RMW |
| _____ | **STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO MOVE TO DISMISS OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |
| This Document Relates To : | |
| ALL ACTIONS | |

///

///

///

///

///

///

///

///

///

///

///

///

1

1    WHEREAS, on June 15, 2006, plaintiffs filed the First Amended Complaint in this action;

2    WHEREAS, pursuant to the Federal Rules of Civil Procedure, defendants' time to answer or

3    otherwise respond to the First Amended Complaint would be June 26, 2006;

4    WHEREAS, the parties agree that defendants may have 30 additional days to answer or

5    otherwise respond to the First Amended Complaint;

6    THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

7    Defendants shall answer or otherwise respond to the First Amended Complaint on or before

8    July 26, 2006.

9    DATED:  June 26, 2006                GIBSON, DUNN & CRUTCHER LLP

10

11                                        By:  /s/  Paul J. Collins

12                                                    Paul J. Collins

13                                        Attorneys for Defendants

14   DATED:  June 26, 2006                LERACH COUGHLIN STOIA GELLER

15                                           RUDMAN & ROBBINS

16

17                                        By:  /s/  Jeffrey W. Lawrence

18                                                    Jeffrey W. Lawrence

19                                        Attorneys for Plaintiffs

20

21                                        **O R D E R**

22   IT IS SO ORDERED.

23

24   DATED:  __7/12/06_____        _/s/ Ronald M. Whyte_____

25                                        The Honorable Ronald M. Whyte
                                          United States District Court Judge

26

27

28   100029835_1.DOC

Gibson, Dunn &
Crutcher LLP

                                        2