1    GIBSON, DUNN & CRUTCHER LLP
     JONATHAN C. DICKEY, SBN 088226
2    PAUL J. COLLINS, SBN 187709
     MICHAEL B. SMITH, SBN 235764
3    1881 Page Mill Road
     Palo Alto, California 94304
4    Telephone: (650) 849-5300
     Facsimile: (650) 849-5333
5
     Attorneys for Defendants
6    THORATEC CORPORATION, D. KEITH
     GROSSMAN AND M. WAYNE
7    BOYLSTON

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                                             *E-FILED - 8/3/06*

12   In re THORATEC CORP. SECURITIES        Master File No. 5:04-CV-03168-RMW
     LITIGATION
13                                           STIPULATION AND PROPOSED
14                                           ORDER EXTENDING DEFENDANTS'
                                             TIME TO MOVE TO DISMISS OR
15   This Document Relates To :              OTHERWISE RESPOND TO THE FIRST
                                             AMENDED COMPLAINT
16      ALL ACTIONS

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Gibson, Dunn &
Crutcher LLP
                                    1

1      WHEREAS, on June 15, 2006, plaintiffs filed the First Amended Complaint in this action;

2      WHEREAS, on or about June 26, 2006, the parties agreed, and this Court so ordered, that

3   defendants may have 30 additional days to answer or otherwise respond to the First Amended

4   Complaint; and

5      WHEREAS, the parties have agreed to extend defendants' time to respond to the First

6   Amended Complaint by an additional 30 days;

7      THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

8      Defendants shall answer or otherwise respond to the First Amended Complaint on or before

9   August 25, 2006.

10  DATED:  July 24, 2006                    GIBSON, DUNN & CRUTCHER LLP

11

12                                           By:  /s/  Paul J. Collins
                                                      Paul J. Collins
13

14                                           Attorneys for Defendants

15  DATED:  July 24, 2006                    LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS
16

17

18                                           By:  /s/  Jeffrey W. Lawrence
                                                      Jeffrey W. Lawrence
19

20                                           Attorneys for Plaintiffs

21

22                                           **O R D E R**

23  IT IS SO ORDERED.

24
    DATED:  8/3/06
25
                                             /S/ RONALD M. WHYTE
26                                           The Honorable Ronald M. Whyte
                                             United States District Court Judge
27

28  100029835_2.DOC